UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK NA,<br><br>                     Plaintiff,<br><br>       v.<br><br>ARMANDO CADENA, EXPEDITORS INTERNATIONAL OF WASHINGTON INC,<br><br>                     Defendants. | **CASE NO. 2:20-cv-00317-RAJ-BAT** |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation,<br><br>                     Plaintiff,<br>       v.<br>ARMANDO CADENA SANTILLANA, an individual,<br><br>                     Defendant. | NO. 2:20-cv-00349-RAJ-BAT<br><br>~~PROPOSED~~ **ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the objections and response to that, and the remaining record, the Court finds and **ORDERS**:

ORDER RE: MOTIONS TO STAY - 1

(1)   The Court **ADOPTS** the Report and Recommendation.

(2)   Expeditors' Motion to Stay the Interpleader Action (Dkt. 14) is **GRANTED**; *Wells Fargo Bank, N.A. v. Armando Cadena and Expeditors International of Washington, Inc.*, W.D.Wash. No. 2:20-cv-00317-RAJ-BAT shall be **STAYED**, and all pending case deadlines are stricken, until such time as the rightful owner of the Interpleaded Funds is determined in *Expeditors International of Washington, Inc. v. Armando Cadena Santillana*, W.D.Wash. No. 2:20-cv-00349-RAJ-BAT.

(3)   Cadena's Motion to Stay the Expeditors Action (*Expeditors International of Washington, Inc. v. Armando Cadena Santillana*, W.D.Wash. No. 2:20-cv-00349-RAJ-BAT) (Dkt. 10) is **DENIED**.

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 31st day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: MOTIONS TO STAY - 2