1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

EXPEDITORS INTERNATIONAL OF
WASHINGTON INC,

12

                    Plaintiff,

13

        v.

14

ARMANDO CADENA SANTILLANA,

15

                    Defendant.

16

CASE NO. 2:20-00349-RAJ-BAT

**ORDER**

17        Having reviewed the Report and Recommendation of the Honorable Brian A.

18    Tsuchida, United States Magistrate Judge, the objections and responses to that, and the

19    remaining record, the Court finds and **ORDERS**:

20        (1)    The Court **ADOPTS** the Report and Recommendation.

21        (2)    Defendant Armando Cadena Santillana's motion to dismiss (Dkt. 23) is

22            **GRANTED with leave to amend** the complaint by Plaintiff.  Within 21

23            days of this Order, Plaintiff Expeditors International of Washington, Inc.

ORDER - 1

may file an amended complaint consistent with this Order.

(3)     Plaintiff's motion to file an amended complaint (Dkt. 34) is **DENIED** as moot.

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 17th day of August, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2